

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00224-CV

**ALLSTATE COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Laura **WALKER**, Brian Briseno and Troy Pace, Jr.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06959
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that costs of the appeal are taxed against appellant.

SIGNED December 1, 2021.

_____
Rebeca C. Martinez, Chief Justice